IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case:    4:21-CR-74 |
| *Plaintiff(s)* ) | |
| ) | |
| v. ) | |
| ) | Judge:   James M. Moody, Jr. |
| Montrell Jones ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## NOTICE OF APPEARANCE

Please take notice that Christopher Baker of the James Law Firm will be aiding as counsel in the representation of Montrell Jones in the case captioned above and requests that they be included on the service of all notices, pleadings, and other documents filed in this case. Christopher Baker is admitted or otherwise authorized to practice in this court.

Dated: July 6, 2023                             Respectfully submitted,

                                                /s/ Christopher Baker

                                                Christopher Baker, Esq.
                                                Arkansas Bar No. 2022124
                                                *Attorney for Montrell Jones*
                                                cbaker@jamesfirm.com
                                                James Law Firm
                                                1001 La Harpe Blvd.
                                                Little Rock, AR 72201
                                                Telephone: 501-375-0900
                                                Fax: 501-375-1356